IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| DEMENZIA MONTWELL MITCHELL, TDCJ-CID No. 1305795,<br><br>  Plaintiff,<br><br>v.<br><br>BRIDGETTE Y. HAYES, *et al.*,<br><br>  Defendants. | 2:23-CV-168-Z-BR |

**ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION**

Before the Court are the findings, conclusions, and recommendation of the United States Magistrate Judge to dismiss Plaintiff's Complaint pursuant to 42 U.S.C. Section 1983 (ECF No. 14). No objections to the findings, conclusions, and recommendation have been filed. After making an independent review of the pleadings, files, and records in this case, the Court concludes that the findings, conclusions, and recommendation of the Magistrate Judge are correct. It is therefore **ORDERED** that the findings, conclusions, and recommendation of the Magistrate Judge are **ADOPTED** and the case is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**SO ORDERED.**

March 13, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE